No. 232, Misc.   NEWSTROM v. RODRIGUEZ, ACTING WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 235, Misc.   LoPICCOLO v. LAVALLEE, WARDEN. C. A. 2d Cir.   Certiorari denied.

No. 238, Misc.   HARSHAW v. JOHNSON, CLERK, U. S. DISTRICT COURT.   C. A. 6th Cir.   Certiorari denied.

No. 242, Misc.   BECKUS v. MAINE.   Sup. Jud. Ct. Me. Certiorari denied.   *Robert G. Pelletier* for petitioner. *James S. Erwin,* Attorney General of Maine, and *John W. Benoit,* Assistant Attorney General, for respondent.

No. 245, Misc.   KAHAFER v. KENTUCKY.   Ct. App. Ky.   Certiorari denied.

No. 246, Misc.   HICKMAN v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 249, Misc.   KEELEY v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 252, Misc.   GASPERO v. PENNSYLVANIA.   C. A. 3d Cir.   Certiorari denied.   *James J. Orlow* for petitioner.

No. 253, Misc.   OKSANEN v. MINNESOTA.   Sup. Ct. Minn.   Certiorari denied.

No. 276, Misc.   THOMPSON v. ILLINOIS.   Sup. Ct. Ill. Certiorari denied.   *Sam Adam, R. Eugene Pincham, Charles B. Evins* and *Earl E. Strayhorn* for petitioner.